IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| MICHAEL F. SCHMIDT,<br>Plaintiff,<br>v.<br>UNITED STATES OF AMERICA,<br>Defendant. | Case No. 05-1115C<br>(Judge Lynn J. Bush) |

**JOINT STATUS REPORT**

Pursuant to the Order issued by the Court on February 22, 2006, plaintiff and defendant respectfully submit the following joint status report:

1. On June 28, 2006, the parties entered into a partial settlement agreement resolving certain claims in this case as set forth in their Stipulation of Partial Dismissal ("Stipulation") filed herein on June 28, 2006. As set forth in the Stipulation, the partial settlement agreement does not cover plaintiff's claim under the Fair Labor Standards Act ("FLSA"), 29 U.S.C. § 201 et seq., for the time solely spent driving a Government vehicle between home and work.

2. The parties further propose that proceedings relating to liability for time spent driving a Government-owned vehicle between home and work be deferred pending disposition of the appeal that plaintiffs filed from the Court's April 27, 2005 decision dismissing the home-to-work driving claims of certain plaintiffs in Adams v. United States, No. 90-162C (Fed. Cl.). The appeal was docketed by the United States Court of Appeals for the Federal Circuit on December 28, 2005 as Stephen S. Adams, et al. v. United States, Case Nos. 06-5040 and 06-5041.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

**s/Jules Bernstein**
JULES BERNSTEIN
Bernstein & Lipsett, P.C.
1920 L Street, N.W.
Suite 303
Washington, D.C. 20036

OF COUNSEL:
LINDA LIPSETT
Tel: (202) 296-1798
Fax: (202) 296-7220

EDGAR N. JAMES
James & Hoffman, P.C.
1101 17th Street, N.W.
Suite 510
Washington, D.C. 20036
Tel: (202) 496-0500
Fax: (202) 496-0555

Attorneys for Plaintiffs

Dated: September 19, 2006

**s/David M. Cohen**
DAVID M. COHEN
Director

**s/Shalom Brilliant**
SHALOM BRILLIANT
Senior Trial Counsel
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
1100 L Street, N.W.
Washington, D.C. 20530

Tel: (202) 305-7561
Fax: (202) 305-7643

Attorneys for Defendant

Dated: September 19, 2006

**Filed Electronically**
**with the consent of Attorneys for Defendant**

**CERTIFICATE OF FILING**

I hereby certify under penalty of perjury that on this 19th day of September 2006, a copy of the foregoing "JOINT STATUS REPORT" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/Jules Bernstein